Argued and submitted February 1, reversed and remanded for reconsideration
June 19, 1991

In the Matter of the Compensation of
Leo R. Cox, Jr., Claimant.

AETNA CASUALTY COMPANY
and Continental Can Company,
*Petitioners,*

*v.*

Leo R. COX, Jr.,
*Respondent.*

(88-16052; CA A65090)

812 P2d 856

Bradley R. Scheminske, Portland, argued the cause for petitioners. With him on the brief was Scheminske & Lyons, Portland.

Robert G. Dolton, Portland, argued the cause and filed the brief for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded for reconsideration in the light of *Aetna Casualty Co. v. Aschbacher,* 107 Or App 494, 812 P2d 844 (1991), and *Liberty Northwest Ins. Corp. v. Damm,* 107 Or App 764, 812 P2d 854 (1991).